# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

147403

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LINDA TATE,
        Plaintiff-Appellant,

v

                                      SC:  147403
                                       COA:  307963

PLASTOMER CORPORATION,
        Defendant-Appellee.
                                       Wayne CC:  10-011290-CD

_____/

       On order of the Court, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

h1021